IN THE UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MINDY FISHER f/k/a/ Mindy Jorgenson,<br><br>　　　　　Plaintiff,<br>v.<br><br>B & T FINANCIAL SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 11-130 |

## COMPLAINT

The Plaintiff Mindy Fisher by and through her counsel of record, Jeremiah Hudson, files this Complaint and alleges as follows:

### JURISDICTION AND VENUE

1. This action arises under the laws of the United States.

2. Jurisdiction is proper in this Court under 28 U.S.C. §1331.

3. Venue is proper in this judicial district and division pursuant to 28 U.S.C. §1391(b)(2).

### PARTIES

4. Plaintiff Mindy Fisher is a natural person and resident of Idaho.

5. Defendant B & T Financial Services, LLC (hereafter, "B & T") is a Maryland limited liability company transacting business in the State of Idaho and may be served by service on its registered agent National Registered Agents, Inc. of MD, 2nd Floor, 836 Park Avenue, Baltimore, MD 21201.

COMPLAINT
Pg 1 of 4

6. Defendant B & T is not registered with the Idaho Secretary of State to transact business in the State of Idaho.

## FACTS

7. B & T alleges that Plaintiff is obligated to pay a debt.

8. Plaintiff is a "consumer" as defined by the Fair Debt Collection Practices Act 15 U.S.C.A. §1962a.

9. B & T uses instrumentalities of interstate commerce in its business, the principal purpose of which is the collection of debts.

10. B & T regularly collects and attempts to collect debts owed or due or asserted to be owed or due others.

11. B & T is a debt collector as defined by the Fair Debt Collection Practices Act 15 U.S.C.A. §1692a.

12. On February 10th and 11th, 2011 the Defendants called the Plaintiff at her home in an effort to collect a debt allegedly owed to a creditor.

13. The call on February 11, 2011 was received at the Plaintiff's residence at 6:40 AM MST.

## COUNT I
### Fair Debt Collection Practices Act Violation
### 15 U.S.C. §1692c

14. Plaintiff realleges and incorporates paragraphs #1-13 as if fully pled herein.

15. B & T communicated with the Plaintiff in connection with the alleged debt at an unusual time.

16. B & T communicated with the Plaintiff in connection with the alleged debt at 6:40 antimeridian time, local time at the consumer's location.

17. B & T failed to comply with 15 U.S.C.A. 1692c(a)(1) with respect to Plaintiff, for which B & T is liable to Plaintiff for actual damages in an amount to be proven at trial and additional damages as the court may allow up to $1,000.

18. B & T is liable to the Plaintiff for the costs of this action, together with a reasonable attorney's fee.

## COUNT II
### Fair Debt Collection Practices Act Violation
### 15 U.S.C. §1692c

19. Plaintiff realleges and incorporates paragraphs #1-19 as if fully pled herein.

20. In 2010 Plaintiff hired an attorney that sent a letter of represenation to the creditor which subsequently employed B & T.

21. B & T knew that Plaintiff was represented by an attorney with respect to the debt and could readily ascertain the attorney's name and address.

22. B & T communicated with the Plaintiff in connection with the alleged debt despite knowing Plaintiff was represented by an attorney with respect to the alleged debt and despite being able to readily ascertain the attorney's name and address.

23. B & T failed to comply with 15 U.S.C.A. 1692c(a)(2) with respect to Plaintiff, for which B & T is liable to Plaintiff for actual damages in an amount to be proven at trial and additional damages as the court may allow up to $1,000 for each violation.

24. B & T is liable to the Plaintiff for the costs of this action, together with a reasonable attorney's fee.

**WHEREFORE**, the Plaintiff prays that this Court:

(a) Award Plaintiff actual damages for B & T's violations of 15 U.S.C.A. §1692c in an amount to be determined at trial;

(b) Award Plaintiff additional damages for B & T's violations of 15 U.S.C.A. §1692c totaling no less than $3000 for the violations pled herein;

(c) Award pre-judgment and post-judgment interest;

(d) Award Plaintiff the costs of this action, together with a reasonable attorney's fee.

(e) Award such other and further relief as the Court shall deem just and proper.

_____
Jeremiah Hudson, Attorney for Plaintiff,
ISB # 8364
Hudson Law, PLLC
1004 West Fort Street
Boise, ID 83702
jeremiah@jhudsonlaw.com
(208) 345-7000