Jeremiah M. Hudson, ISB # 8364
Hudson Law, PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 474-2196
jeremiah@jhudsonlaw.com

Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MINDY FISHER f/k/a/ Mindy Jorgenson, <br><br> Plaintiff, <br><br> v. <br><br> B & T FINANCIAL SERVICES, LLC, <br><br> Defendant. | Case No. 1:11-00130 WBS <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |

TO: B&T Financial Services, LLC and its Attorneys.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. Rule 41(a)(1), Plaintiff

voluntarily dismisses the above-captioned action against Defendant with prejudice.

Jeremiah M. Hudson
Attorney for Plaintiff

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)  -  Pg 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _6_ day of July, 2011, I caused to be served a true copy of the foregoing <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)</u> , by the method indicated below, and addressed to each of the following:

Ronald S. Canter
Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

*Attorney for Defendant*

    _X_  U.S. Mail, Postage Prepaid
    _____  Hand Delivered
    _____  Overnight Mail
    _____  Telecopy


B&T Financial Services, LLC
National Registered Agents, Inc.
2nd Floor
836 Park Avenue
Baltimore, MD 21201

    _X_  U.S. Mail, Postage Prepaid
    _____  Hand Delivered
    _____  Overnight Mail
    _____  Telecopy


Jeremiah M. Hudson
Attorney for the Plaintiff